**Order entered December 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01231-CR

### JOHNNY CARLOS FLORES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-70989-N

## ORDER

The record before the Court does not contain the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **GRANT** the December 22, 2015 request of court reporter Debi Harris for an extension of time to file the reporter's record. We **ORDER** Ms. Harris to file, within **THIRTY DAYS** of the date of this order, the complete record, including all exhibits admitted into evidence.

We **DIRECT** the Clerk to send copies of this order to Fred Tinsley, Presiding Judge, 195th Judicial District Court; court reporter Debi Harris; and to counsel for all parties.

/s/ ADA BROWN
JUSTICE